In the Matter of PEARL A. SLAGLE, Appellant and Respondent, against DAVID PARIS, Respondent and Appellant.

(Argued November 19, 1934; decided December 31, 1934.)

454

*Reginald Field* for petitioner, appellant and respondent.
*Davis Paris*, in person, for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.